IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01460-RPM

THADDEUS ROBISON,

    Plaintiff,

v.

HORACEK, LLC, dba INTERSTATE ALL BATTERY CENTER, LLC,,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon consideration of the Motion to Amend Complaint, it is

    ORDERED that the motion is granted and the Amended Complaint and Jury Demand attached thereto is accepted for filing.

    DATED:   June 24th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge